UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :
CAROLYN R. JONES,                                                 :
                                                                  :
                              Plaintiff,                          :
                                                                  :          26-CV-01012 (JAV)
              -v-                                                 :
                                                                  :          ORDER
BJ'S WHOLESALE CLUB, INC.,                                        :
                                                                  :
                                                                  :
                                                                  :
                                                                  :
                              Defendant.                          :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated April 14, 2026, ECF No. 7, the parties were required to file a joint letter, the contents of which are described therein, by June 2, 2026. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 5, 2026**.

      SO ORDERED.

Dated: June 4, 2026
      New York, New York                       JEANNETTE A. VARGAS
                                    United States District Judge