UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                               :

CAROLYN R. JONES,                           :

                        Plaintiff,           :             26-CV-01012 (JAV) (BM)

                                                 :

            -v-                                :                <u>ORDER</u>

                                                 :

BJ'S WHOLESALE CLUB, INC.,          :

                                                 :

                        Defendant.          :

                                                 :
------------------------------------------------------------------------ X

JEANNETTE A. VARGAS, United States District Judge:

By separate Order today, the Court is referring this case to the assigned Magistrate Judge for general pretrial purposes to manage scheduling, discovery, non-dispositive pretrial motions and settlement matters.

As discussed at today's initial pretrial conference, the parties have discussed and have confirmed that they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

Accordingly, counsel for Defendant must, by no later than **June 16, 2026,** file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, which is available at https://www.nysd.uscourts.gov/node/754. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If any party no longer consents to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter by no later than **June 16, 2026,** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. There will be no adverse consequences if the parties do not consent

to proceed before the Magistrate Judge.

    SO ORDERED.

Dated: June 10, 2026
      New York, New York

                                      JEANNETTE A. VARGAS
                                      United States District Judge